# United States District Court
## Violation Notice

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | 9155338 | Horman | 322 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 10/20/2025 2049
Offense Charged: ☐ CFR ☐ USC ☒ State Code
MTA 21-801.1

Place of Offense: Amber Drive

Offense Description: Factual Basis for Charge — HAZMAT ☐
Driving Vehicle on Hw above Posted Speed 40 in 25

**DEFENDANT INFORMATION**

Last Name: Bayless
First Name: Seth
MI: Anakin

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| F40 VJL | NJ | 25 | KIA/KY | | Grey |

APPEARANCE IS REQUIRED — A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL — B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 90 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 120 Total Collateral Due

YOUR COURT DATE
Court Address: 1520 Freedman Dr
Date: TBD
Time: TBD

X Defendant Signature: (signed)

Original - CVB Copy

*9155338*

---

I state that on 20 Oct, 20 25 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

While traveling west on Amber Dr, I witnessed a sedan traveling East bound at a high rate of speed. Confirmed by visual and audio from my RADAR reading the vehicle was driving at 40 MPH in a 25 MPH zone. I activated my emergency lights and conducted a traffic stop. The vehicle bearing NJ plates was registered to KIA inc. The driver Seth Bayless had a MDDL. Bayless was cooperative during the stop.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/20/2025  (signed)
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident